# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1011

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Brandon Gerome Coffman, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 11, 2011
Filed:   May 27, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After the district court[1] granted the government's Federal Rule of Criminal Procedure 35(b) motion and reduced the 235-month prison sentence of Brandon Coffman to 114 months, he filed this appeal arguing that the court should have granted a greater reduction. Upon careful review, we conclude that this appeal does not meet the criteria of 18 U.S.C. § 3742(a). See United States v. Haskins, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam). Accordingly, we grant counsel leave to withdraw, and we dismiss the appeal.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.